AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

**United States District Court** — District: Southern District of Florida

Name of Movant: JEAN BELIZAIRE
Prisoner No.: 54439-004
Case No.: 97-6139-CR-ZLOCH

Place of Confinement: FCI Estill P.O. Box 599

00-6082 CIV-ZLOCH MAGISTRATE JUDGE SORRENTINO

UNITED STATES OF AMERICA v. JEAN H. BELIZAIRE
(name under which convicted)

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack: District Court for the Southern District of Florida, Miami FLA

2. Date of judgment of conviction: _____

3. Length of sentence: 120 months

4. Nature of offense involved (all counts): Possession with Intent to Distribute in violation of 21 USC 841(a)(1)

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: The plea was made pursuant to counts, one and three to be dropped

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐   N/A

7. Did you testify at the trial?
   Yes ☐ No ☐   N/A

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

cat./div. CV 19 FTL
Case # 00 CV 6082
Judge WJZ Mag. CHS
...

(2)

1/BR

9. If you did appeal, answer the following:

   (a) Name of court ___ N/A ___

   (b) Result ___ N/A ___

   (c) Date of result ___ N/A ___

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ___ N/A ___

    (2) Nature of proceeding ___ N/A ___

    (3) Grounds raised ___ N/A ___

    _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☐

    (5) Result ___ NA ___

    (6) Date of result ___ NA ___

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court ___ NA ___

    (2) Nature of proceeding ___ NA ___

    _____

    (3) Grounds raised ___ NA ___

    _____

    _____

    _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☐
(2) Second petition, etc.       Yes ☐ No ☐  N/A

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ Ineffective Assistance is usually brought on a 2255 motion. _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
   (b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
**XX** (i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **Ineffective Assistance**

Supporting FACTS (state *briefly* without citing cases or law): **Ineffective Assistance of Counsel for Inducing a plea by petitioner based on Government's promise to file a Rule 35 on behalf of petitioner based on substantial assistance and truthful cooperation**

B. Ground two: **Ineffective Assistance**

Supporting FACTS (state *briefly* without citing cases or law): **Whether counsel failed to hold the Court in proving by a preponderance that drugs assessed petitioner exceeded 75.5 grams**

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

(5)

D. Ground four: N/A

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

    N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  Robert Barubi, 101 NE 3RD Ave Suite 202 Ft. Lauderdale FLA 33301

    (b) At arraignment and plea  Same

    (c) At trial  N/A

    (d) At sentencing  Same

(e) On appeal _____N/A_____

(f) In any post-conviction proceeding _____N/A_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: _____N/A_____

(b) Give date and length of the above sentence: _____N/A_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_JAN 12th 2000_
    (date)

_Belizaire Jean_
Signature of Movant

(7)