UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case Number:

In Re: Automatic Reference of Certain }
Matters to United States Magistrate   }
Judge Charlene Sorrentino              }

**00-6082
CIV-ZLOCH**

## CLERK'S ORDER OF MAGISTRATE JUDGE ASSIGNMENT

Pursuant to Administrative Order 93-69 and 96-55 of this Court, this matter is referred to Magistrate Judge Charlene Sorrentino for a ruling on all pre-trial, non-dispositive matters and for a Report and recommendation on any dispositive matters:

**ORDERED** that all pleadings hereafter filed shall bear the assigned case number and District Court Judge followed by the surnamed of Magistrate Judge Sorrentino thereby indicating the Magistrate Judge to whom all future documents should be routed or otherwise for attention in accordance with the southern District of Florida Local Rule 5.1A.2.

DONE and ORDERED at Fort Lauderdale Florida, this 18th day of January 1999 2000

CLARENCE MADDOX
Court Administrator/Clerk of Court

By:_____
Deputy Clerk