COPIES NOT PROVIDED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

00-6082

CIV-ZLOCH

: MAGISTRATE JUDGE
SORRENTINO

JEAN H. BELIZAIRE,
       Petitioner,

vs.                                    :        CRIM NO:97-6139-CR-ZLOCH

UNITED STATES OF AMERICA            :
       RESPONDENT,                  :

---

MOTION FOR MODIFICATION OR CORRECTION
OF SENTENCE PURSUANT TO 28 U.S.C. §2255

---

**COMES NOW,** petitioner Jean Belizaire,pro-se, herein moves this

Honorable Court to Vacate the conviction heretofore imposed, based

uponviolations of his Sixth Admendment right to Effective Assistance

of Counsel, as well as his Fifth Amedment right to Due Process of

Law. The Petitioner request that this Court enter an Order making

finding of fact and conclusion of laws pursuant to Federal Rules of

Criminal Procedure 32(c)(3)(D), and for an Order Modifying the sentence

of incarceration heretofore imposed in accordance with the provision

of 28 U.S.C. Section 2255.

Insupport of the motion for Modification, the petitioner states

the Following:

(1) Petitioner was initially charged with three(3) Counts of an

Indictment handed down in the Southern District of Florida for various

violations of Federal laws.

(2) On September 27,1998, the petitioner plead guilty to count

three (3) of a three count Indictment which charged him with possession

with the intent to distribute cocaine, in violation of 21 U.S.C. §

841(a)(1).

(3)   Pursuant to a written plea agreement, the Government agrees to dismiss the remaining counts after sentencing.  It is also agreed that the United States will reconsider a three-level reduction for acceptance of responsibility pursuant to § 3E1.1.  This is conditioned upon the defendant making a full and complete disclosure to the probation department regarding the offense.

(4)   Petitioner was sentenced on January 14, 1999, to a term of 120 months.

(5)   No appeal was filed

Wherefore, in consideration of the foregoing as well as argument of law contained in the memorandum of law filed herewith, the Petitioner respectfully prays that this court issue an order vacating the conviction heretofore imposed in the instant case, based upon counsel's ineffective assistance.  In the alternative, the Petitioner requests an Order making finding of fact and conclusion of law pursuant to Federal Rules of Criminal Procedure 32(c)(3)(D), and for an Order modifiying the sentence of incarceration heretofore imposed in accordance with the provision of 28 U.S.C. 2255.

Jean Belizare