UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6082-CIV-ZLOCH/SORRENTINO
(97-6139-CR-ZLOCH)

JEAN BELIZAIRE,

   Movant,

v.

UNITED STATES OF AMERICA,

   Respondent.
_____/

GOVERNMENT'S MOTION TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO MOTION TO
VACATE, SET ASIDE OR CORRECT SENTENCE
<u>PURSUANT TO TITLE 28, U.S.C., SECTION 2255</u>

  The United States of America, by and through its undersigned Assistant United States Attorney, hereby respectfully requests an enlargement of time of nine days, or until April 7, 2000, within which to file its response to movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255, and in support thereof states as follows:

  1. On January 18, 2000, movant filed the §2255 motion in this case. On February 1, 2000, Magistrate Judge Sorrentino ordered the government to respond to the motion on or before March 29, 2000.

  2. In reviewing the case, it appears that movant's sentencing guideline range was incorrectly calculated to reflect a statutory



mandatory minimum of ten years. In fact, the undersigned believes that the statutory mandatory minimum for the offense of conviction was not ten years, but five years. Therefore, movant's guideline range should have been 108-135 months, rather than 120-135 months.[1]

3. The enlargement of time is requested for the purpose of having the office's Appellate Section review the facts of this case and provide an opinion as to the appropriate course of action to take at this point. Therefore, the request for enlargement is not being made for purposes of delay, but to ensure that the matter is properly resolved. The government also notes that this short delay will not prejudice movant because, even if movant is re-sentenced at the lowest end of the corrected guideline level, he would not be released at any time in the near future.

---

[1] The government notes that movant has not raised this issue. Instead, movant alleges that counsel was ineffective at sentencing for failing to challenge the amount of cocaine upon which his relevant conduct was based. However, in the process of examining movant's claim, the government noticed the discrepancy in the statutory mandatory minimum as set forth above.

-2-

WHEREFORE, the government respectfully requests an enlargement of time of nine days, or until April 7, 2000, within which to respond to movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255.

                            Respectfully submitted,

                            THOMAS E. SCOTT
                            UNITED STATES ATTORNEY

BY: _____
    DAVID P. CORA
    ASSISTANT UNITED STATES ATTORNEY
    FLORIDA BAR NO. 471623
    500 E. BROWARD BOULEVARD
    FT. LAUDERDALE   FL   33394
    TEL. NO. (954) 356-7254
    FAX NO. (954) 356-7336
    E-MAIL: david.cora@justice.usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing motion to enlarge has been forwarded this 29th day of March, 2000, to: Jean Belizaire, Reg. No. 54439-004, Federal Correctional Institution - Estill, P.O. Box 599, Estill, South Carolina, 29918-0599.

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY

-3-