UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6082-CIV-ZLOCH/SORRENTINO
(97-6139-CR-ZLOCH)

JEAN BELIZAIRE,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

FILED by _____ D.C.
MAG. SEC.
APR 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

ORDER
Granted ✓ nunc pro tunc
Denied _response for him_
Comments _filed_
Dated 4/11/00
_[signature]_
U. S. Magistrate Judge

GOVERNMENT'S MOTION TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO MOTION TO
VACATE, SET ASIDE OR CORRECT SENTENCE
PURSUANT TO TITLE 28, U.S.C., SECTION 2255

    The United States of America, by and through its undersigned Assistant United States Attorney, hereby respectfully requests an enlargement of time of nine days, or until April 7, 2000, within which to file its response to movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255, and in support thereof states as follows:

    1. On January 18, 2000, movant filed the §2255 motion in this case. On February 1, 2000, Magistrate Judge Sorrentino ordered the government to respond to the motion on or before March 29, 2000.

    2. In reviewing the case, it appears that movant's sentencing guideline range was incorrectly calculated to reflect a statutory

