UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CIV-ZLOCH
            97-6139-CR-ZLOCH

JEAN BELIZAIRE,

      Movant,

vs.                              **FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

      Respondent.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 11), filed herein by United States Magistrate Judge Charlene H. Sorrentino and the Petitioner, Jean Belizaire's Objection To The Magistrate Report And Recommendation (DE 12).

The Court has conducted a de novo review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Petitioner, Jean Belizaire's Objection To The Magistrate Report And Recommendation (DE 12) be and the same are hereby **OVERRULED**;

2. The Report Of Magistrate Judge (DE 11), filed herein by United States Magistrate Judge Charlene H. Sorrentino, be and the same is hereby approved, adopted and ratified by the Court;

3. The Motion To Vacate filed herein by the Petitioner, Jean Belizaire's be and the same is hereby **GRANTED** in part and **DENIED** in part as follows;

    a. The Petitioner's Motion To Vacate be and the same is hereby **GRANTED** to the extent that the Petitioner, Jean Belizaire

shall be resentenced; and

    b.  In all other respects, the Petitioner's aforementioned Motion To Vacate is hereby **DENIED**;

    4.  The Court will set the resentencing hearing by separate order;

    5.  The above-styled cause be and the same is hereby **DISMISSED**; and

    4.  To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of June, 2000.

                                       WILLIAM J. ZLOCH
                                       United States District Judge

Copies furnished:

The Honorable Charlene H. Sorrentino

Jean Belizaire
Reg. No. 54439-004
FCI-Estill
P.O. Box 599
Estill, SC 29918-0599
Petitioner Pro Se

David Cora, Esq., AUSA
For Respondent