IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

00 SEP 13 PM 3: 26

JEAN H. BELIZAIRE,

v.                              CASE NO: 00-8082-CIV-ZLOCH
                                      97-6139-CR-ZLOCH

UNITED STATES OF AMERICA

## MOTION FOR APPOINTMENT OF COUNSEL

**COMES NOW,** Petitioner JEAN H. BELIZAIRE, files this pro-se motion requesting that he be appointed counsel at petitioner's resentencing once the District Court has decided a date.

Petitioner makes this request based upon the fact that he is not familiar with the procedures when resentencing is required and therefore respectfully ask that this Honorable court appoint counsel in order for justice to be served.

Done this the 13^ day of Sept. 2000.

Respectfully Submitted,

JEAN H. BELIZAIRE
REG#54439-004
P.O. BOX 599
F.C.I. ESTILL
ESTILL, S.C. 29918

**CERTIFICATE OF SERVICE**

    **I CERTIFY,** that a true and correct copy of the foregoing has been furnished to all parties of interest via U.S. Mail and that all statements herein are both true and correct and subject to the penalties of perjury.

                                                                                           _/s/ Jean H. Belizaire_
JEAN H. BELIZAIRE
REG#54339-004
P.O. BOX 599
F.C.I. ESTILL
ESTILL, S.C. 29918